IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

CALVIN LYNN RODDY, JR.

No. 2-26CR-054-Z

[TO BE FILED UNDER SEAL]

MAY 28 2026 PM1:55
FILED - USDC - NDTX - AM

## INDICTMENT

The Grand Jury Charges:

### Purpose of the Scheme and Artifice

1.      From in or about May 2021 and continuing through on or about the date of this indictment, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Calvin Lynn Roddy, Jr.**, defendant, did knowingly execute, and attempt to execute, a bank fraud scheme.   Specifically, **Roddy** used materially false and fraudulent pretenses, representations, and promises to obtain money and other property from financial institutions.

### Manner and Means of the Scheme and Artifice to Defraud

2.      In furtherance of his scheme and artifice to defraud, and for the purpose of executing the scheme and artifice, **Roddy** applied for and obtained car loans and personal loans from various financial institutions, including banks and credit unions, under the guise of being another person, by representing to the financial institutions that he was another, actual person.

3.      In furtherance of his scheme and artifice to defraud, and for the purpose of executing the scheme and artifice, and in connection with the loan application process

**Calvin Lynn Roddy, Jr.**
**Indictment - Page  1**

required by each financial institution, **Roddy** provided to the financial institution personal identifying information that belonged to other, actual persons.

4.     In furtherance of his scheme and artifice to defraud, and for the purpose of executing the scheme and artifice, and in connection with the loan application process required by each financial institution, **Roddy** provided to the financial institution counterfeit driver's licenses that contained the personal identifying information of other, actual persons, without the other person's knowledge or consent.

5.     In furtherance of his scheme and artifice to defraud, and for the purpose of executing the scheme and artifice, and in connection with the loan application process required by each financial institution, **Roddy** provided fictitious proof of income in the form of fabricated pay stubs that purported to belong to the person whose identity **Roddy** was using for that particular application.

6.     The representations and statements **Roddy** made to the financial institutions were false because, as **Roddy** then and there well knew, he was not the individuals whose identities he was using during the loan application process, and the personal identifiers he provided to the financial institutions were not his own.   These false representations had a natural tendency to influence, and were capable of influencing, the financial institutions to provide **Roddy** with the loans he requested.

**Calvin Lynn Roddy, Jr.**
**Indictment - Page  2**

<u>Count One</u>
Bank Fraud
(Violation of 18 U.S.C. § 1344(1))

1.      The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.      On or about January 28, 2025, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly executed a scheme and artifice to obtain monies and other property from a financial institution, the accounts of which were insured by the National Credit Union Share Insurance Fund, that is, Santa Fe Credit Union, by means of materially false and fraudulent pretenses, representations, and promises.   Namely, the defendant submitted loan documents purporting himself to be O.J., an actual person, to obtain an auto loan in the amount of $28,981.76.

In violation of Title 18, United States Code, Section 1344(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page 3**

<u>Count Two</u>
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A(a)(1))

1.      The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.      On or about January 28, 2025, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, O.J., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, Bank Fraud, as alleged in Count One of this indictment, knowing that the means of identification belonged to another real person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

<u>Count Three</u>
Bank Fraud
(Violation of 18 U.S.C. § 1344(1))

1.      The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.      On or about February 20, 2025, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly executed a scheme and artifice to obtain monies and other property from a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, that is, Amarillo National Bank, by means of materially false and fraudulent pretenses, representations, and promises.   Namely, the defendant submitted loan documents purporting himself to be O.J., an actual person, to obtain an auto loan in the amount of $21,958.32.

In violation of Title 18, United States Code, Section 1344(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page  5**

<u>Count Four</u>
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A(a)(1))

1.      The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.      On or about February 20, 2025, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, O.J., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, Bank Fraud, as alleged in Count Three of this indictment, knowing that the means of identification belonged to another real person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page 6**

<u>Count Five</u>
Bank Fraud
(Violation of 18 U.S.C. § 1344(1))

1.     The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.     On or about September 25, 2024, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly executed a scheme and artifice to obtain monies and other property from a financial institution, the accounts of which were insured by the National Credit Union Share Insurance Fund, that is, Santa Fe Credit Union, by means of materially false and fraudulent pretenses, representations, and promises.   Namely, the defendant submitted loan documents purporting himself to be M.S., an actual person, to obtain a personal loan in the amount of $5,000.

In violation of Title 18, United States Code, Section 1344(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page 7**

## Count Six
### Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A(a)(1))

1.      The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.      On or about September 25, 2024, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, M.S., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, Bank Fraud, as alleged in Count Five of this indictment, knowing that the means of identification belonged to another real person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page 8**

## Count Seven
### Bank Fraud
(Violation of 18 U.S.C. § 1344(1))

1.      The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.      On or about January 29, 2024, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly executed a scheme and artifice to obtain monies and other property from a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, that is, Amarillo National Bank, by means of materially false and fraudulent pretenses, representations, and promises.   Namely, the defendant submitted loan documents purporting himself to be H.E., an actual person, to obtain an auto loan in the amount of $13,000.

In violation of Title 18, United States Code, Section 1344(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page 9**

<u>Count Eight</u>
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A(a)(1))

1.    The grand jury adopts and realleges the allegations in the introductory paragraphs one through six of this indictment as though fully set forth in this Count.

2.    On or about January 29, 2024, in the Amarillo Division of the Northern District of Texas, **Calvin Lynn Roddy, Jr.**, defendant, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, H.E., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, Bank Fraud, as alleged in Count Seven of this indictment, knowing that the means of identification belonged to another real person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

**Calvin Lynn Roddy, Jr.**
**Indictment - Page 10**

## Forfeiture Notice
### (18 U.S.C. § 928(a)(2)(A))

1.      Upon conviction of any offense in violation of Title 18, United States Code, Section 1344 set forth in this Indictment, **Calvin Lynn Roddy, Jr.**, the defendant, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

2.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

SEAN M. LONG
Assistant United States Attorney
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Amarillo, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:       sean.long@usdoj.gov

**Calvin Lynn Roddy, Jr.**
**Indictment - Page  12**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

## UNITED STATES OF AMERICA

v.

## CALVIN LYNN RODDY, JR.

### INDICTMENT

| | |
|---|---|
| COUNTS 1, 3, 5, 7: | BANK FRAUD<br>Title 18, United States Code, Section 1344(1). |
| COUNTS 2, 4, 6, 8: | AGGRAVATED IDENTITY THEFT<br>Title 18, United States Code, Section 1028A. |

### (8 COUNTS + FORFEITURE NOTICE)

A true bill rendered:
Amarillo _____ _/s/_ _____ Foreperson

Filed in open court this ____28th____ day of____May_____, A.D. 2026.

_____ Clerk

**SEALED ARREST WARRANT TO ISSUE**

_/s/ Lee Ann Reno_
UNITED STATES MAGISTRATE JUDGE